# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ORLANDO BAEZ,                           : No. 71 WM 2015
:
        Petitioner            :
:
:
:
        v.                    :
:
:
:
COURT OF COMMON PLEAS OF                 :
GREENE COUNTY AND BRIAN                  :
TENNANT, SHERIFF OF GREENE               :
COUNTY,                                  :
:
        Respondents           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.